UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| VERDIA KING | PLAINTIFF |
| V. | **CIVIL ACTION NO. 3:06CV00301-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| WILLIE GATEWOOD | PLAINTIFF |
| V. | **CIVIL ACTION NO. 3:07CV00082-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| EMMA BRISCOE | PLAINTIFF |
| V. | **CIVIL ACTION NO. 3:07CV00083-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| AMY DAVIS | PLAINTIFF |
| V. | **CIVIL ACTION NO. 3:09CV00731-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| MARDOQUO LOPEZ | PLAINTIFF |
| V. | **CIVIL ACTION NO. 3:09CV00732-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| SHERLEONA NASH, ET AL. | PLAINTIFFS |
| V. | **CIVIL ACTION NO. 3:09CV00766-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| PRISCILLA BILBRO, ET AL. | PLAINTIFFS |
| V. | **CIVIL ACTION NO. 3:09CV00767-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |

| | |
|---|---|
| MARY D. BODY, ET AL. | PLAINTIFFS |
| V. | **CIVIL ACTION NO. 3:09CV00794-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| PEGGYE ANN BURKS, ET AL. | PLAINTIFFS |
| V. | **CIVIL ACTION NO. 3:09CV00795-DPJ-FKB** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| SENDY ANDERSON, ET AL. | PLAINTIFFS |
| V. | **CIVIL ACTION NO. 3:10CV00039-HTW-LRA** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| ANTONIO ADAMS, ET AL. | PLAINTIFFS |
| V. | **CIVIL ACTION NO. 3:10CV00047-WHB-LRA** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |
| | |
| D.L. BENNETT, ET AL. | PLAINTIFFS |
| V. | **CIVIL ACTION NO. 3:10CV00057-HTW-LRA** |
| KOCH FOODS OF MISSISSIPPI, LLC | DEFENDANT |

## JOINT MOTION TO CONSOLIDATE

The PARTIES to the above-styled causes file this JOINT MOTION TO CONSOLIDATE the above-styled causes as a collective action for purposes of carrying out a class settlement and seeking Court approval of the same. In support of their motion, the parties state as follows:

1. The above-styled cases are all civil actions filed against Koch Foods of Mississippi, LLC ("Koch Foods") by current or former employees asserting similar claims under the Fair Labor Standards Act ("FLSA"). The vast majority of the plaintiffs in these cases were

2

previously either named or opt-in plaintiffs to a collective action pending in this Court styled *Verdia King v. Koch Foods,* Civil Action No. 3:06cv301-DPJ-FKB, which was later consolidated under the case styled *Willie Gatewood et al. v. Koch Foods of Mississippi, LLC*; 3:07-cv-00082. On October 20, 2009, the collective action was decertified, all opt-in plaintiffs' were dismissed without prejudice, and the five remaining named plaintiffs' claims were severed by Order of this Court. Subsequently, many of the previously dismissed opt-in plaintiffs and a few other new plaintiffs filed the *Sherleona Nash, Priscilla Bilbro, Mary D. Body, Peggy Ann Burks, Sendy Anderson, Antonio Adams,* and *D.L. Bennett* actions.

2. On June 21, 2010, the parties to all of the pending actions against Koch Foods, by and through counsel, entered into a Confidential Settlement Agreement in which the parties agreed to settle all of the plaintiffs' pending FLSA claims on a class-wide basis. Pursuant to the Confidential Settlement Agreement, the parties agreed to jointly move the Court for consolidation of these cases as a collective action for the sole purposes of carrying out the parties' settlement, seeking the Court's approval of the settlement, and administering the settlement. The parties further agreed to request that the case styled *Verdia King v. Koch Foods,* Civil Action No. 3:06cv301-DPJ-FKB, be designated at the lead case and that the consolidated cases be assigned to United States Magistrate Judge Keith Ball for purposes of issuing a Report and Recommendation addressing whether the Agreement should be approved.

3. Consolidation of these cases is the most efficient means to effectuate the parties' settlement and to petition the Court for approval and confirmation of the settlement agreement. Moreover, consolidation of these cases for the stated purposes will not serve to prejudice any of the parties or putative class members.

WHEREFORE, the parties respectfully request that the Court grant their motion and consolidate all of the above-styled causes as a collective action under *Verdia King v. Koch Foods,* Civil Action No. 3:06cv301-DPJ-FKB, for purposes of carrying out the parties' settlement agreement, seeking Court approval of the settlement, and administering the settlement. The parties also request that the consolidated cases be assigned to United States Magistrate Judge Keith Ball for purposes of issuing a Report and Recommendation addressing whether the Agreement should be approved.

This the 23 day of June, 2010.

>BAKER, DONELSON, BEARMAN,
>CALDWELL & BERKOWITZ, PC
>
>/s/ *Scott W. Pedigo*
>SCOTT W. PEDIGO (MB #10735)
>C. Lee Lott (MB #10605)
>Brandon L. Jolly (MB # 101978)
>BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, PC
>4268 I-55 North
>Meadowbrook Office Park (39211)
>P. O. Box 14167
>Jackson, Mississippi 39236
>Telephone: (601) 351-2400
>Facsimile: (601) 351-2424
>
>Russell W. Gray, (TB #16120)
>BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, PC
>1800 Republic Centre
>633 Chestnut Street
>Chattanooga, Tennessee 38450
>Telephone: (423) 209-4218
>Facsimile: (423) 752-9563
>
>*Counsel for Defendant*
>*Koch Foods of Mississippi, LLC*

/s/ *Roger K. Doolittle*
ROGER K. DOOLITTLE
460 Briarwood Drive, Suite 500
Jackson, MS 39206-3060
Telephone: (601) 957-9777
Facsimile: (601) 957-9779


ROBERT L. WIGGINS, JR., ESQ.
WIGGINS, CHILDS, QUINN
 & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500


PETER D. WINEBRAKE
THE WINEBRAKE LAW FIRM, LLC
Twining Office Center, Suite 114
715 Twining Road
Dresher, PA 19025
Telephone: (215) 884-2491
Facsimile: 215-884-2492

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, *Scott W. Pedigo*, certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of the filing to all counsel as listed below:

**A. Electronic Mail Notice List:**

*Roger K. Doolittle*
E-mail: Doolittlelaw@yahoo.com

*Candis McGowan- PHV*
*Robert Wiggins- PHV*
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
E-mail: cmcgowan@wcqp.com
E-mail: rwiggins@wcqp.com

*Peter D. Winebrake – PHV*
THE WINEBRAKE LAW FIRM, LLC
E-mail: pwinebrake@winebrakelaw.com

*Counsel for Plaintiffs*

*Scott W. Pedigo*
*C. Lee Lott, III*
*Brandon L. Jolly*
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
Email: spedigo@bakerdonelson.com
E-mail: llott@bakerdonelson.com
E-mail: bjolly@bakerdonelson.com

*Russell W. Gray – PHV*
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
E-mail: rgray@bakerdonelson.com

*Counsel for Defendants*

DATED: June 23, 2010.

                                              /s/ *Scott W. Pedigo*
                                              SCOTT W. PEDIGO

JM BLJ 885515 v1
2016061-000012 06/22/2010