IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

VERDIA KING, ET AL.                                                                          PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:06CV301-DPJ-FKB

KOCH FOODS OF MISSISSIPPI, LLC                                                  DEFENDANTS
**CONSOLIDATED CASE NOS.: 3:07cv82-DPJ-FKB**
**3:07cv83-DPJ-FKB**
**3:09cv731-DPJ-FKB**
**3:09cv732-DPJ-FKB**
**3:09cv766-DPJ-FKB**
**3:09cv767-DPJ-FKB**
**3:09cv794-DPJ-FKB**
**3:09cv795-DPJ-FKB**
**3:10cv39-DPJ-FKB**
**3:10cv47-DPJ-FKB**
**3:10cv57-DPJ-FKB**

**FINAL ORDER**

Before the Court is the Joint Motion of the Parties for the Court to Enter a Final Order

[Docket No. 416].  Upon agreement of the parties and for good cause shown, the parties' motion

is **GRANTED**.  The Court **ORDERS** as follows:

1.      The claims of the Named Plaintiff Settlement Class Members, as defined in the

Approval Order [Docket No. 403], who are listed on Exhibit A to this Final Order are

DISMISSED WITH PREJUDICE.

2.      The claims of the Opt-In Plaintiff Settlement Class Members who returned a

Confirmation of Rights Form and are listed on Exhibit B to this Final Order were previously

dismissed without prejudice in the Order entered in this case on October 29, 2009 [Docket No.

378].  Those claims are now DISMISSED WITH PREJUDICE.

3.      The claims of the Additional Plaintiff Settlement Class Members, as defined in

the Approval Order, who filed a Consent Form and are listed on Exhibit C to this Final Order,

are DISMISSED WITH PREJUDICE.

**SO ORDERED AND ADJUDGED** this the 11th day of May, 2011.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

*s/Peter D. Winebrake*
PETER D. WINEBRAKE
THE WINEBRAKE LAW FIRM, LLC
TWINING OFFICE CENTER, SUITE 211
715 TWINING ROAD
DRESHER, PA 19025
TELEPHONE:  (215) 884-2491
FACSIMILE: 215-884-2492

*ATTORNEY FOR THE PLAINTIFFS*

*S/SCOTT W. PEDIGO*
SCOTT W. PEDIGO (MB #10735)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
4268 I-55 NORTH, MEADOWBROOK OFFICE PARK (39211)
P. O. BOX 14167
JACKSON, MISSISSIPPI 39236
TELEPHONE:  (601) 351-2400
FACSIMILE:  (601) 351-2424

*ATTORNEY FOR DEFENDANT*